## TOLIVER v. STATE.

### No. 19950.

Court of Criminal Appeals of Texas.

Oct. 12, 1938.

John M. Mathis, Jr., of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for a period of five years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

The judgment is affirmed.